

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00429-CV

_____

IN RE ANDRE BERRY, Relator

_____

Original Proceeding
Trial Court No. CV-2018-03912

_____

Before Birdwell, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. We also lift this court's January 9, 2019 order staying execution of the writ of possession; that order has no further effect.

Per Curiam

Delivered: January 23, 2019